UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VIELMA and SANDRA VIELMA,<br><br>   Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, *et al.,*<br><br>   Defendants. | CASE NO.  2:14-CV-09807-JAK (SSx)<br><br>**JUDGMENT OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE AS TO FIRST CAUSE OF ACTION**<br><br>**JS-6** |

On May 1, 2015, the Court entered an *Order Granting Defendants First American Title Insurance Company, et al.'s Motion to Dismiss Complaint (DKT. 25);Defendant Wedgewood, Inc., et al.'s Motion to Dismiss Complaint (DKT. 32)*[Docket No. 49], dismissing the Complaint with prejudice.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.  The Complaint is dismissed in its entirety;

2. The Complaint is dismissed with prejudice as against all defendants, without leave to amend, with respect to the first cause of action for alleged violations of the Fair Debt Collection Practices Act;

3. The remaining claims in the Complaint may be renewed in a court of competent jurisdiction other than a United States Federal Court; and

4. The limitations period for any such remaining claim(s) is tolled for a period of 30 days from May 1, 2015 pursuant to 28 U.S.C. § 1367(d).

Dated: May 14, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE